UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BO W. CLEVELAND,

    Plaintiff,

v.                                             Case No. 5:22-cv-53-TKW/MJF

CENTURION HEALTH CARE, *et al.*,

    Defendants.

                                         /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute, failure to pay the initial partial filing fee, and failure to comply with court orders. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED** without prejudice

    3.    The Clerk shall close the case file.

**DONE and ORDERED** this 25th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**